*E-Filed 04/02/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANNA VERTKIN, MD,

Plaintiff,

v.

WELLS FARGO HOME MORTGAGE,

Defendant.

No. C 10-00775 RS

**ORDER DENYING MOTION FOR DISQUALIFICATION AND GRANTING PERMISSION TO FILE ELECTRONICALLY**

On April 1, 2010, plaintiff moved to disqualify the undersigned pursuant to 28 U.S.C. § 455(b)(2). The subsection provides that a district judge shall disqualify himself where "in private practice he served as lawyer in the matter in controversy, or a lawyer with whom he previously practiced law served during such association as a lawyer concerning the matter, or the judge or such lawyer has been a material witness concerning it . . . ." Judge Seeborg never served as an attorney in the instant controversy, nor did Morrison & Foerster represent defendants in the instant controversy. Having resigned from the partnership of Morrison & Foerster in December, 2000, there are no grounds for disqualification under the section. Plaintiffs' request must therefore be denied.

Plaintiff's request for permission to file electronically is granted; she may contact the Clerk's Office to obtain the necessary paperwork at 415/522-2000.

**IT IS SO ORDERED.**

Dated: 04/02/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED TO:**

| | |
|---|---|
| Andrew Weiss Noble | awn@severson.com, klm@severson.com, lkh@severson.com |
| Casey John McTigue | cjm@severson.com, cmp@severson.com |
| Donald Hogan Cram , III | dhc@severson.com, klm@severson.com, lkh@severson.com |
| Mark Douglas Lonergan | mdl@severson.com, vhn@severson.com |
| Nicole Kimberly Neff | nneff@wrightlegal.net |

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Anna Vertkin, M.D.**
2163 Lima Loop
PMB 130-250
Laredo, TX 78045-6420

Dated: 04/02/2010                    /s/ Chambers Staff
                                                    Chambers of Judge Richard Seeborg

C 10-0775 RS

3          ORDER DENYING DISQUALIFICATION