*E-Filed 04/21/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA VERTKIN,                                              No. C 10-01359 RS

    Plaintiff,

  v.                                                                  **ORDER**

ALAN JAROSLOWSKY, et al.,

    Defendants.
_____/

    Plaintiff's Motion for Withdrawal of Reference has been reassigned to this Court. The following briefing schedule shall be instituted:

    1. Any party objecting to withdrawal of the reference shall file its opposition, in this Court, on or before **May 04, 2010**. The brief shall not exceed ten (10) pages.

    2. Any party supporting withdrawal of the reference shall file a reply brief, in this Court, on or before **May 18, 2010**. The brief shall not exceed ten (10) pages.

    3. No hearing on the withdrawal motion shall be held unless this Court issues an Order setting a date and time.

    Moreover, Civil Local Rule 7-2(a) provides that all "motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." Plaintiff's Motion to Strike and Motion for Sanctions were not noticed in accordance with Rule 7-2(a), as they do not comport with the 35 day time period nor were they set on this Court's law and motion calendar (Thursdays at 1:30 p.m. in

Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California).  **The April 26, 2010 hearing date is therefore vacated**; the hearings on Plaintiff's Motion to Strike and Motion for Sanctions shall be continued to **June 17, 2010 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse in San Francisco. The parties shall adhere to the briefing schedule and formatting guidelines outlined in Civil Local Rule 7-3:

    1.  Any opposition to a motion must be served and filed on or before **May 26, 2010** and shall not exceed twenty-five (25) pages of text.

    2.  Any reply to an opposition must be served and filed by the moving party on or before **June 03, 2010** and shall not exceed fifteen (15) pages of text.

**IT IS SO ORDERED.**

Dated: 04/21/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE