**United States District Court**
For the Northern District of California

**\*E-Filed 06/30/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA VERTKIN, | No. C 10-0775 RS |
| Plaintiff, | **ORDER DENYING MOTION TO DISQUALIFY AND GRANTING REQUEST TO CONTINUE MOTION HEARING** |
| v. | |
| WELLS FARGO HOME MORTGAGE, et al., | |
| Defendants. | |
| _____/ | |

## I.   Motion for Disqualification

On April 1, 2010, plaintiff Anna Vertkin moved to disqualify the undersigned pursuant to 28 U.S.C. § 455(b)(2).  On April 2, 2010, this Court denied her request and noted that Judge Seeborg at no time served as an attorney in the instant controversy, nor does the law firm with which he was associated more than ten years ago, Morrison & Foerster, LLP, represent any of the defendants in the instant controversy.  Ms. Vertkin now renews her motion for disqualification.  As the previous Order found, grounds for disqualification simply do not exist and Ms. Vertkin's motion must therefore be denied.

## II.  Request to Continue Motion Hearing

United States District Court
For the Northern District of California

1        On June 29, 2010, Ms. Vertkin also lodged a request to continue the motion hearing

2    scheduled for July 9, 2010 to an alternative date in September of this year.  Her request is granted.

3    Accordingly, a hearing on defendants' motion to dismiss shall be held on **September 09, 2010 at**

4    **1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate

5    Avenue, San Francisco, California.  Ms. Vertkin also requests the opportunity to respond to

6    defendant Wells Fargo's reply brief filed on June 29, 2010.  She may do so but should limit any sur-

7    reply brief to fifteen (15) pages.  She shall file such brief on or before August 26, 2010.

8        IT IS SO ORDERED.

9

10   Dated: 06/30/2010

                                RICHARD SEEBORG
                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. C 10-0775 RS
ORDER