*E-Filed 1/5/2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANNA VERTKIN,

        Plaintiff,

   v.

WELLS FARGO HOME MORTGAGE, et al.,

        Defendants.
_____/

No. C 10-0775 RS

**ORDER RE: PLAINTIFF'S MOTION TO VACATE JANUARY 6, 2011 CALENDAR**

     A hearing on defendant Wells Fargo's motion to dismiss was scheduled for January 6, 2011 at 1:30 p.m. Via clerk's notice filed on January 3, 2011, the Court informed the parties that the matter was fit for resolution without oral argument, pursuant to Civil Local Rule 7-1(b), and vacated the hearing date. As explained in the notice, the matter is now submitted, and an Order on defendant's motion shall issue in due course.

     On January 4, 2011, plaintiff filed a motion in a related matter, numbered C 10-03527 RS, requesting that the Court vacate the January 6, 2011 hearing date in the C 10-0775 RS matter. As this has already occurred, the request is granted. In that motion, however, plaintiff described the 10-0775 RS matter as "consolidated" with the C 10-03527 RS matter. This is not accurate. The cases

No. C 10-0775 RS
ORDER

are *related*, but are not consolidated. They remain separate actions and the parties are reminded, when filing documents, to treat them accordingly.

Dated: 1/5/2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE