*E-Filed 1/18/2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA VERTKIN, | **No. C 10-0775 RS** |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| WELLS FARGO HOME MORTGAGE, et al., | |
| Defendants. | |

Based on the order issued herewith, granting defendant's motion to dismiss, the Court enters judgment in favor of defendants and against plaintiffs in the above-entitled action.

IT IS SO ORDERED.

Dated: 1/18/2011

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

**No. C 10-0775 RS**
JUDGMENT